

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00150-CR

Victor Javier Cruz **TORRES**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9470
Honorable Kevin M. O'Connell, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED May 30, 2018.

_____
Rebeca C. Martinez, Justice